```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SANJAY D. PATEL,

           Plaintiff,

-against-

COMPASS GROUP USA, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

09-CV-7638 (WHP)(RLE)

[PROPOSED] REVISED
SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

Counsel for the parties having requested an extension of the dates established in the Court's March 18, 2010 Scheduling Order, the following schedule is established on consent of the parties:

(1) Discovery shall be completed by September 28, 2010;

(2) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by November 2, 2010;

(3) This Court will hold a final pre-trial conference on November 12, 2010 at 10:00 a.m.

Dated: July 29, 2010
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.