UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
SANJAY D. PATEL,

        Plaintiff,

-against-

COMPASS GROUP USA, INC.,

        Defendant.
---------------------------------x

09-CV-7638 (WHP)(RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/10

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Fed. R. Civ. P. 41(a)(1), have stipulated and agreed and jointly request that the Court enter an Order dismissing this case with prejudice, all matters in controversy having been settled, compromised and adjourned, with each party to bear its own costs and fees.

Dated: September 15th, 2010
      New York, New York

Respectfully Submitted,

SANJAY D. PATEL

By: _____
Sanjay D. Patel
29 Curtis Road
Washington, CT 06793
(212) 203-8387

Plaintiff *pro se*

SEYFARTH SHAW LLP

By: _____
Alysa M. Barancik
Mary E. Ahrens (admitted *pro hac vice*)
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Attorneys for Defendant

SO ORDERED:

_____
The Honorable William H. Pauley, III
United States District Judge

10/6/10

12610459v.1